UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN WAYNE SEGO,

        Petitioner,                      No. 05-CV-74126-DT

vs.                                          Hon. Gerald E. Rosen

MILLICENT WARREN,

        Respondent.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 29, 2007

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

The Court having this date entered an Order adopting the Magistrate Judge's December 12, 2006 Report and Recommendation and dismissing Plaintiff's petition for habeas corpus relief,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Norman Wayne Sego's petition for habeas corpus relief be, and hereby is, DISMISSED, with prejudice.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated: January 29, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 29, 2007, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager